**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ULYSSES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-939C** |
| | ) | **(Judge Smith)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 30 days, from August 2, 2004, to and including September 1, 2004, the due-date for its response to plaintiff's complaint. This is the Government's first such request. The plaintiff has indicated that it does not oppose this enlargement.

Agency counsel was recently assigned to this case and will need time to prepare a litigation report. In addition, undersigned Department of Justice counsel is assigned to handle incoming bid protests from July 26, 2004 through August 6, 2004. The Government expects that it will be able to formulate an appropriate response by September 1, 2004.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 30 days, from August 2, 2004 to and including September 1, 2004, the due date for defendant's response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

July 21, 2004

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt